

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Bobby Carl Lennox aka Bobby Carl Leanox, Appellant

No. 06-19-00164-CR          v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 28256). Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.   Concurring Opinion by Justice Burgess.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below.  Therefore, we reform the judgment of the trial court to reflect that the appellant was convicted of three class B misdemeanor offenses under Section 32.21(e-1)(2) of the Texas Penal Code.  Because the appellant received sentences outside the punishment range for class B misdemeanors, we reverse the sentences only and remand the cause to the trial court to conduct a new trial on punishment for the class B misdemeanors.

We further order that the appellee, the State of Texas, pay all costs of this appeal.

RENDERED NOVEMBER 23, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk